UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SYLVIA MATHEWS BURWELL,<br><br>        Defendant. | Case No. 16-cv-02278-VC<br><br>**ORDER RE NOTICE OF RELATED CASES**<br><br>Re: Dkt. No. 9 |

The Court has received a Notice of Related Cases that does not comply with the Local Rules. By November 18, 2016, the plaintiff is ordered to file its Notice of Related Cases in Case No. 14-cv-02791, as required by Local Rule 123.

**IT IS SO ORDERED.**

Dated: November 16, 2016

VINCE CHHABRIA
United States District Judge